UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DAMEON D. MURRAY**<br>      **LA. DOC #577132** | **CIVIL ACTION NO. 14-0530** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **WARDEN KEITH DEVILLE** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of *Habeas Corpus* be **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of Fed. R. Civ. P. Rule 41(b).

**MONROE, LOUISIANA,** this 12th day of September, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE